**The following constitutes
the order of the court. Signed November 22, 2011**

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In Re: **DENISE M. HARRIS**　　　　　　Case No.: 11-48555 WJL

Debtor(s)/　　　　　　　　　　　　　　Chapter: 13

ORDER OF DISMISSAL

　　Debtor(s) having failed to comply with this Court's order dated 8/12/2011, and no objections having been filed,

THIS CASE IS HEREBY DISMISSED.

**END OF ORDER**

COURT SERVICE LIST

All Recipients